UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MIKHAIL SIGACHEV,

                                Plaintiff,

        - against -

                                                         Civil Action No.
CHAD WOLF, *et al.*,                                CV-20-1458 (Chen, J.)

                              Defendants.

------------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Rachel G. Balaban hereby appears as counsel for all defendants in the above-captioned action. The undersigned certifies that she is admitted to practice in this Court.

All future correspondence to the defendants in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Rachel G. Balaban
        United States Attorney's Office
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel: (718) 254-6028
        Fax: (718) 254-6081
        Email: rachel.balaban@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Rachel G. Balaban at the

email address set forth above.

Dated: Brooklyn, New York
       March 25, 2020

> Respectfully submitted,
>
> RICHARD P. DONOGHUE
> United States Attorney
>
> By: *s/ Rachel G. Balaban*
> RACHEL G. BALABAN
> Assistant United States Attorney
> (718) 254-6028
> rachel.balaban@usdoj.gov