UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MIKHAIL SIGACHEV,

                Plaintiff,

    v.

CHAD WOLF, U.S. Department of Homeland Security;
KEN CUCCINELLI, Director of U.S. Citizenship and
Immigration Services; WILLIAM BARR, Attorney
General; CHRISTOPHER A. WRAY, Director of
Federal Bureau of Investigation,

                Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
CV-20-1458

(Chen, J.)

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

        1.  This action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

*Sigachev v. Wolf, et al.,* 20-cv-1458 (Chen, J.)
**Stipulation and Order of Dismissal Without Prejudice**
**Page 2**

2. The Clerk of the Court is directed to enter judgment accordingly.

| | |
|---|---|
| Dated: New York, New York<br>May 19, 2020 | SIROTA & ASSOCIATES, P.C.<br>*Attorney for Plaintiff*<br>128 Brighton 11th Street<br>Suite 2<br>Brooklyn, New York 11235 |
| By: | ___/s/ Vladislav Sirota_____<br>Vladislav Sirota, Esq.<br>(718) 265-5900<br>info@nywinlaw.com |
| Dated: Brooklyn, New York<br>May 19, 2020 | RICHARD P. DONOGHUE<br>United States Attorney<br>*Attorney for Defendants*<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, New York 11201 |
| By: | ___/s/ Rachel G. Balaban_____<br>Rachel G. Balaban<br>Assistant U.S. Attorney<br>(718) 254-6028<br>rachel.balaban@usdoj.gov |

SO ORDERED this
____ day of _____, 2020

_____
HONORABLE PAMELA K. CHEN
United States District Judge