UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIKHAIL SIGACHEV,

              Plaintiff,

     v.

CHAD WOLF, U.S. Department of Homeland Security;
KEN CUCCINELLI, Director of U.S. Citizenship and
Immigration Services; WILLIAM BARR, Attorney
General; CHRISTOPHER A. WRAY, Director of
Federal Bureau of Investigation,

              Defendants.
-------------------------------------------------------------X

JUDGMENT

20-CV-1458 (PKC)

      An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on May 19, 2020, dismissing this action without prejudice, with each party to bear its own costs, expenses, and fees; it is

      ORDERED and ADJUDGED that this action is dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
       May 22, 2020

                        Douglas C. Palmer
                        Clerk of Court

             By:   */s/Jalitza Poveda*
                    Deputy Clerk